JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HICA Education Loan Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> -v- ) <br> Douglas A. Hankins, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. SACV 12-1360-DOC(ANx) <br><br> ORDER DISMISSING CIVIL ACTION |

   Plaintiff having filed a Notice of Voluntary Dismissal on December 18, 2012;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice and with costs taxed to the party incurring same.

DATED: December 20, 2012

*David O. Carter*
_____
   DAVID O. CARTER
   United States District Judge